1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ABARCA

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,       )   No. CR-14-00125 DLJ
                                   )
11            Plaintiff,            )   STIPULATION TO CONTINUE
                                   )   SENTENCING HEARING
12 vs.                              )
                                   )
13 ELISEO J. ABARCA,                )
                                   )
14            Defendant.            )
   _____ )
15

16     Defendant Eliseo J. Abarca and the government hereby stipulate and agree that the

17 sentencing hearing currently scheduled for Thursday, June 19, 2014, may be continued to

18 Thursday, June 26, 2014, at 10:00 a.m.  The reason for the requested continuance is that defense

19 counsel is unavailable on the currently scheduled date.

20 Dated: June 6, 2014

21                                   s/_____
                                     PHILIP KOPCZYNSKI
22                                   Special Assistant United States Attorney

23 Dated: June 6, 2014

24                                   s/_____
                                     CYNTHIA C. LIE
25                                   Assistant Federal Public Defender

26

Stipulation to Continue Sentencing Date
CR 14-00125 DLJ                          1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-14-00125 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE SENTENCING HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| ELISEO J. ABARCA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, June 19, 2014, shall be continued to Thursday, June 26, 2014, at 10:00 a.m.

It is so ordered.

Dated: June Fï, 2014

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order to Continue Hearing
CR 14-00125 DLJ                                        1